IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-44-BLG-DLC-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| MISTY LYNN HENRY, | |
| Defendant. | |

Defendant has filed an unopposed motion for telephonic testimony. (Doc. 43.) Good cause appearing, IT IS ORDERED that witness, Susan Jacob, may testify by telephone at the Detention Hearing presently set for May 31, 2019 at 9:00 a.m. The Court will contact defense counsel's office with dial-in instructions for Ms. Jacob.

DATED this 28th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge